IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ELLEN JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:15-CV-00297-FB-HJB |
| | § | |
| SOUTHWEST RESEARCH INSTITUTE, | § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT'S ADVISORY TO THE COURT REGARDING LAW CLERK**

Annually, Defendant Southwest Research Institute ("SwRI") hires a law student to serve as a law clerk in its legal department. Jean Phillips, who is currently attending St. Mary's Law School, has been hired for this position, starting this summer and continuing through the 2016-2017 school year. However, SwRI has recently learned that Ms. Phillips will also be an intern with Magistrate Judge Henry J. Bemporad later this summer, from July 11, 2016 to August 19, 2016. Because of this, SwRI has implemented screening policies and procedures to ensure that Ms. Phillips does not work on or become involved in any way in the above-captioned matter.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP


By: */s/ Mario A. Barrera*
    Mario A. Barrera
    State Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
    Stephen J. Romero
    State Bar No. 24046756
    stephen.romero@nortonrosefulbright.com
300 Convent Street, Suite 2100
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Attorneys for Defendant
Southwest Research Institute

## CERTIFICATE OF SERVICE

    I hereby certify that on this 14th day of June, 2016, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

    Robert J. Wiley
    Colin Walsh
    Law Office of Rob Wiley, P.C.
    1100 NW Loop 410, Suite 700
    San Antonio, Texas 78213


                                              */s/ Mario A. Barrera*
                                              Mario A. Barrera