IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ELLEN JOHNSON, | § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 5:15-CV-00297-FB-HJB |
| SOUTHWEST RESEARCH INSTITUTE, | § § § | |
| Defendant. | § | |

**APPENDIX IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

In accordance with Fed. R. Civ. P. 56 and Local Rules CV 7(b) and (c) of the United States District Court for the Western District of Texas, Defendant Southwest Research Institute (SwRI), submits this Appendix in Support of its Motion for Summary Judgment.

| Ex. No. | Description |
|---|---|
| 1. | Southwest Research Institute Security Agreement dated October 20, 1977 |
| 2. | Executive Order 12,829 |
| 3. | NISPOM |
| 4. | Executive Order 12,968 |
| 5. | Excerpts of Deposition of Mary Ellen Johnson |
| 6. | Employee Handbook for Safeguarding Classified Information. |
| 7. | SF 312 |
| 8. | Magaro Letter dated March 13, 2000 |
| 9. | Payroll Authorization Request dated April 5, 2000 |
| 10. | Personnel Requisition Form Number 16-585 |
| 11. | Payroll Authorization Request dated July 26, 2004 |

| Ex. No. | Description |
|---|---|
| 12. | Personnel Requisition Form Number 14-0701 |
| 13. | Excerpts of Deposition of Karl Nova Cooper |
| 14. | Excerpts of Deposition of William C. Ryan |
| 15. | Employee Development Policy |
| 16. | Excerpts of Deposition of Anthony Magaro |
| 17. | Educational Advancement Request dated July 30, 2009 |
| 18. | Educational Advancement Request dated March 18, 2010 |
| 19. | Meeting Recap Memo dated June 8, 2010 |
| 20. | Email from Bob Keys dated June 30, 2010 |
| 21. | Mary Ellen Johnson's Bachelor of Science Degree |
| 22. | Advancement Policies and Procedures and Salary Administration 2.1.4 |
| 23. | Johnson Employee Profile |
| 24. | Standards of Conduct Policy |
| 25. | Bob Keys Interview Briefing (**CONFIDENTIAL – Filed Under Seal**) |
| 26. | Massey Interview Briefing (**CONFIDENTIAL – Filed Under Seal**) |
| 27. | Cooper Interview Briefing (**CONFIDENTIAL – Filed Under Seal**) |
| 28. | Ryan Interview Briefing (**CONFIDENTIAL – Filed Under Seal**) |
| 29. | EEOC Charge dated August 3, 2012 |
| 30. | HR Conclusion Memo dated August 6, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 31. | Recommendation Memo dated August 9, 2012 |
| 32. | Email from Bowles dated July 23, 2012 |
| 33. | Meeting Minutes |
| 34. | Timesheet for May 26, 2012 to June 8, 2012 |

| Ex. No. | Description |
|---|---|
| 35. | Time Control and Payroll Administration Policy |
| 36. | Email from Johnson dated June 8, 2012 |
| 37. | Email from Cooper dated July 9, 2012 |
| 38. | Affidavit of Karl Nova Cooper |
| 39. | Email from Sanchez dated August 3, 2012 |
| 40. | Email from Johnson dated August 3, 2012 |
| 41. | Timesheet for August 3, 2012 |
| 42. | Record of Timesheet Change for August 3, 2012. |
| 43. | Email from Ryan dated August 8, 2012 |
| 44. | Email from Bob Keys dated August 9, 2012 |
| 45. | William Ryan's Notes |
| 46. | Personnel Transaction Request |
| 47. | Email from Sanchez dated August 14, 2012 |
| 48. | Letter to Johnson dated August 15, 2012 |
| 49. | Timesheets for August 6, 2012 to August 10, 2012 |
| 50. | Keys Email dated August 15, 2012 |
| 51. | EEOC Notice N-915-041: Policy Guidance on the Use of National Security Exception |
| 52. | Robin Cotten Letter of Resignation dated December 9, 2010 (**CONFIDENTIAL – Filed Under Seal**) |
| 53. | Craig Notice of Payroll Change dated September 28, 2007 (**CONFIDENTIAL – Filed Under Seal**) |
| 54. | Craig Notice of Payroll Change dated March 5, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 55. | Institute Job Guidelines |

| Ex. No. | Description |
|---|---|
| 56. | Craig Educational Advancement Request dated January 5, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 57. | Craig Educational Advancement Request dated March 4, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 58. | Craig Performance Evaluation Summary dated August 11, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 59. | Email from Bob Keys dated May 3, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 60. | Harris Voucher Detail dated June 22, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 61. | Memo to Harris dated March 7, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 62. | Harris Education Advancement Request dated May 11, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 63. | Harris Education Advancement Request dated May 29, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 64. | Salary Analysis (**CONFIDENTIAL – Filed Under Seal**) |
| 65. | Terrazas Employee Profile (**CONFIDENTIAL – Filed Under Seal**) |
| 66. | Applied Power Division Organizational Chart dated May 10, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 67. | Terrazas Performance Evaluation Summary dated August 7, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 68. | Terrazas Performance Evaluation Summary dated August 12, 2011 (**CONFIDENTIAL – Filed Under Seal**) |
| 69. | Johnson Performance Evaluation Summary dated August 12, 2011 |
| 70. | Jeremy Johnson Employee Profile (**CONFIDENTIAL – Filed Under Seal**) |
| 71. | Applied Power Division Organizational Chart dated June 25, 2012 (**CONFIDENTIAL – Filed Under Seal**) |
| 72. | Osiecki Employee Profile (**CONFIDENTIAL – Filed Under Seal**) |
| 73. | Declaration for Tony Magaro |