IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ELLEN JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 5:15-CV-00297-RCL |
| SOUTHWEST RESEARCH INSTITUTE, | § § § § | |
| Defendant. | | |

## JUDGMENT

On April 5, 2019, the jury rendered a verdict in favor of Plaintiff. The Court received the verdict and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff Mary Ellen Johnson do have and recover of and from the Defendant Southwest Research Institute:

1. $150,000 in backpay, plus prejudgment interest in the amount of $_____, and post-judgment interest at a rate of 2.41% per annum from the date of this judgment, compounded annually, until paid.

2. $260,000 in compensatory damages, and post-judgment interest at a rate of 2.41% per annum from the date of this judgment, compounded annually, until paid.

3. $100,880 in front pay, and post-judgment interest at a rate of 2.41% per annum from the date of this judgment, compounded annually, until paid.

4. Attorneys' fees and costs of suit herein incurred.

Southwest Research Institute is further ORDERED to submit to JPAS a communication stating that it rescinds the adverse information report, no longer considers Johnson an insider threat, and that notifies JPAS of the jury verdict in this case.

It is further ORDERED, ADJUDGED, and DECREED that Plaintiff's motion for attorneys' fees and costs, supported by proper affidavit, be filed within 14 days of the entry of this judgment.

SIGNED AND ENTERED THIS _____day of _____ 2019.

_____
Royce C. Lamberth
UNITED STATES DISTRICT JUDGE