# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARY ELLEN JOHNSON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 5:15-CV-00297-RCL |
| SOUTHWEST RESEARCH INSTITUTE, | § § § § | |
| Defendant. | | |

## ORDER

ON THIS DAY came to be considered Plaintiff's Unopposed Motion for an Extension of Time. After considering all pleadings and arguments, the Court finds the Motion should be GRANTED in its entirety.

IT IS THEREFORE ORDERED that the deadline to respond to Defendant's Objections to Plaintiff's Fee Petition, Defendant's Renewed Motion to Modify the Judgment, and Defendant's Motion for Judgment as a Matter of Law is moved to July 18, 2019.

SIGNED this _____ day of _____, 2019.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE